UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                          Criminal No. 10-336 (JNE/AJB)
                                                         ORDER

Jesse Lamond Jones,
a/k/a Jessie Lamond Jones,
a/k/a Deandre Lamond Jones,

        Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Chief Magistrate Judge, on March 31, 2011. The magistrate judge recommended denial of Defendant's motion to suppress evidence, motion to suppress statements, and motion to dismiss the indictment. Defendant objected, and the United States responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 49]. Therefore, IT IS ORDERED THAT:

1.     Defendant's motion to suppress evidence [Docket No. 37] is DENIED.

2.     Defendant's motion to suppress statements [Docket No. 38] is DENIED.

3.     Defendant's motion to dismiss the indictment [Docket No. 39] is DENIED.

Dated: May 13, 2011

                                                                     s/ Joan N. Ericksen
                                                                     JOAN N. ERICKSEN
                                                                     United States District Judge